UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TREAVON DAVIS,<br><br>　　　　　Plaintiff,<br>v.<br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-08291-JAK (BFM)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: December 19, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1