JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREAVON DAVIS,<br>Plaintiff,<br>v.<br>COUNTY OF LOS ANGELES; DEPUTY MORA; DEPUTY CARILLO; and DOE DEPUTIES 1-10,<br>Defendants. | No. 2:25-cv-08291-JAK (BFMx)<br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [DKT. 27]**<br>**[JS6: CASE TERMINATED]** |

Based on a review of the Joint Stipulation for Dismissal with Prejudice, Dkt. 27 (the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees and costs. Each party shall waive any rights to appeal with respect to any issues, rulings or orders in this action.

**IT IS SO ORDERED.**

Dated: October 19, 2026

John A. Kronstadt
United States District Judge